UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EFRAIN ESPINOZA, | : |
| | :CIVIL ACTION NO. 3:14-CV-1080 |
| Plaintiff, | : |
| | :(JUDGE CONABOY) |
| v. | :(Magistrate Judge Carlson) |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |
| | : |

---

**ORDER**

AND NOW, THIS 11th DAY OF DECEMBER 2014, FOR THE REASONS SET OUT IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (Doc. 15) is adopted in part;

2. Defendant's Motion to Dismiss (Doc. 12) is granted;

3. Plaintiff's Complaint (Doc. 1) is dismissed;

4. The Clerk of Court is directed to close this case;

5. Any appeal of this matter will be deemed frivolous, lacking probable cause and not taken in good faith.

                                                S/Richard P. Conaboy
                                                RICHARD P. CONABOY
                                                United States District Judge